NUMBER 13-06-00623-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________ 


BFI WASTE SERVICES OF TEXAS, L.P.

AND WASTE MANAGEMENT OF TEXAS, INC., Appellants,


v.



CAMERON COUNTY AND RED RIVER SERVICE, Appellees.

_____________________________________________________________


On appeal from the 107th District Court of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, BFI Waste Services of Texas, L.P. ("BFI"), has filed an unopposed motion
to dismiss its appeal. According to this motion, BFI has reached a settlement with
appellees and, accordingly, asks that its appeal be dismissed. Waste Management of
Texas, Inc. ("Waste Management") also has appealed from the judgment below. BFI
asserts that Waste Management's appeal will not be affected by the requested dismissal
of BFI's appeal, and Waste Management's appeal should remain pending before the
Court. More than ten days have elapsed since BFI filed its motion to dismiss, and no
response has been filed by any other party to this appeal. 

 Texas Rule of Appellate Procedure 42.1 allows this Court to dismiss an appeal
unless disposition would prevent a party from seeking relief to which it would otherwise be
entitled. See Tex. R. App. P. 42.1(a)(1). In addition, Rule 42.1 expressly allows for a
severance on appeal to dispose of a severable portion of the proceeding if a severance will
not prejudice the remaining parties. See id. 42.1(b). 

 The Court, having considered the documents on file and BFI's motion to dismiss the
appeal, is of the opinion that the motion should be granted. See id. 42.1(a). Waste
Management's appeal is ordered SEVERED and will be docketed in this Court under cause
number 13-08-119-CV, and will proceed in due course.

 BFI's motion to dismiss its appeal against appellees is hereby granted and its
appeal is DISMISSED. Costs are taxed against appellant. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant.").


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 3rd day of April, 2008.